AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Brandy Mae Cassity

*Plaintiff(s)*

v.

TransUnion, LLC; Equifax Information Services, LLC; FedLoan Servicing; and DOES 1 through 100 inclusive

*Defendant(s)*

Civil Action No. 6:20-cv-02139-MK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FedLoan Servicing
Pennsylvania Higher Education Assistance
1200 N. 7th St.
Harrisburg, PA 17102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kyle Schumacher
Schumacher Lane PLLC
PO Box 558
Spring Branch, TX 78070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **12/10/2020**

By: s/J. Wall, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-cv-02139-MK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FEDLOAN SERVICING
was received by me on *(date)* 12/10/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CRAIG ARCHER (FACILITIES MGT), who is designated by law to accept service of process on behalf of *(name of organization)* FEDLOAN SERVICING @ 1200 N. 7TH ST HARRISBURG, PA 17102 on *(date)* 12/11/2020; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12-11-2020

Carl D Stewart
*Server's signature*

Carl D Stewart
*Printed name and title*

P.O. Box 6173
Harrisburg, PA 17112
*Server's address*

Additional information regarding attempted service, etc:
CRAIG ARCHER W/M - 60, 5'10" TALL, GRAY HAIR, 240 LBS