**Nicholas J. Henderson, Esq.** (OSB #074027)
E-Mail:  nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR  97204-3211
Telephone:  503-417-0508
Fax:  503-417-0528
Local Counsel for Defendant Trans Union, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **BRANDY MAE CASSITY,**<br>      **Plaintiff,**<br><br>    vs.<br><br>**TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; FEDLOAN SERVICING; and DOES 1 THROUGH 100 INCLUSIVE;**<br>      **Defendants.** | **CASE NO. 6:20-cv-02139-MK**<br><br>**TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity with the ticker symbol TRU.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

{00412632:1}    Page 1 – **TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Respectfully submitted,

MOTSCHENBACHER & BLATTNER, LLP


*s/ Nicholas J. Henderson*
**Nicholas J. Henderson, Esq.**
OSB #074027
Telephone: 503-417-0508
**Local Counsel for Defendant Trans Union, LLC**

{00412632:1}     Page 2 – **TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **22nd day of December, 2020**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Kyle W. Schumacher, Esq.<br>kyle@schumacherlane.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **22nd day of December, 2020**, properly addressed as follows:

| | |
|---|---|
| None | |

*s/ Nicholas J. Henderson*
**Nicholas J. Henderson, Esq.**
OSB #074027
Telephone: 503-417-0508
**Local Counsel for Defendant Trans Union, LLC**

{00412632:1}   Page 3 – **TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**